ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 22 2009
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| DARRYL LA'KEITH MADISON, #914102, § <br> Plaintiff, § <br> § <br> v. § <br> § <br> JOHN J. BOYLE, et al., § <br> Defendants. § | 3:09-CV-0905-P |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff/Petitioner filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 22nd day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE